# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSHUA LOWE**                                                         **PLAINTIFF**
**#8862**

**v.**                  **No: 4:22-cv-01248-KGB-PSH**

**HIGGINS,** *et al.*                                                    **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Joshua Lowe filed a *pro se* complaint on December 16, 2022 (Doc. No. 1). On December 20, 2022, the Court entered an order directing Lowe to submit the full $402.00 filing and administrative fees or file a fully completed IFP application within 30 days. *See* Doc. No. 2. Lowe was cautioned that failure to

comply with the Court's order within that time would result in the recommended dismissal of his case.

More than 30 days have passed, and Lowe has not complied or otherwise responded to the December 20 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Lowe's complaint (Doc. No. 1) be dismissed without prejudice.

DATED this 14th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE