IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA LOWE**  **PLAINTIFF**
**#8862**

v.                    Case No. 4:22-cv-01248 KGB

**HIGGINS,** *et al.*                    **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 3). No objections to the Recommendation have been filed, and the time for filing objections has passed. After careful review, the Court adopts the Recommendation in its entirety as the Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Joshua Lowe's complaint for failure to prosecute. *Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2)*. The Court denies the requested relief and certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So ordered this 6th day of March, 2023.

_____
Kristine G. Baker
United States District Judge